IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-cv-819-RP |
| CALVIN BOYD, *Sheriff of Burnet County, Texas*, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On November 3, 2020, the Court adopted United States Magistrate Judge Andrew Austin's report and recommendation concerning Plaintiff James Logan Diez's ("Diez") Petition for Writ of Habeas Corpus, (Petition, Dkt. 1). (R. & R., Dkt. 3). The Court's Order dismissed this case without prejudice (Order, Dkt. 26).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on November 6, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE